IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EARL NELSON,

    Petitioner,

v.                                      4:22cv15–WS/MJF

RICKY D. DIXON,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 15) docketed August 9, 2022. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be dismissed as time-barred. Petitioner has filed no objections to the magistrate judge's report and recommendation.

Upon review of the record, the court has determined that the magistrate judge's report and recommendation is due to be adopted based on the untimeliness of Petitioner's petition for writ of habeas corpus. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 15) is hereby ADOPTED and incorporated by reference into this order.

2. Respondent's motion to dismiss (ECF No. 10) is GRANTED.

3. Petitioner's petition for writ of habeas corpus (ECF No. 1), challenging the judgment of conviction and sentence in *State of Florida v. Earl Nelson*, Jefferson County Circuit Court Case No. 2015–CF–147, is DISMISSED with prejudice as time-barred.

4. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DISMISSED with prejudice as time-barred."

5. A certificate of appealability is DENIED.

6. The clerk shall close the case.

DONE AND ORDERED this      12th      day of    September   , 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE